NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PHOENIX METAL CO., LTD.,**

*Plaintiff-Appellant*

v.

**UNITED STATES, CAST IRON SOIL PIPE INSTITUTE,**

*Defendants-Appellees*

---

2024-2222

---

Appeal from the United States Court of International Trade in No. 1:23-cv-00048-JAR, Senior Judge Jane A. Restani.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                     PHOENIX METAL CO., LTD. v. US

(2)  Each side shall bear their own costs.


FOR THE COURT


October 21, 2024                              Jarrett B. Perlow
Date                                          Clerk of Court


**ISSUED AS A MANDATE:** October 21, 2024